FILED
CLERK, U.S. DISTRICT COURT
12/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY MRV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

2:24-cv-10956-AH(JPRx)

HANH THI MY DO (Dob 10/20/1973)
9528 Miramar Rd #1131 San Diego, Ca 92126
Unlawful Seized Property: 324 Tangelo #325, Irvine, Ca 92618
Tel: 714-586-3260 Email: godformyhanh9999@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**The People in The State of California**

***

**Hanh Thi My Do(dob10/20/1973)
Plaintiff**

**Vs**

**Civil**

**1)US bank, First Integrity Insurance Company, GCU.
2)American Contractor Indemnity Company, Chase, Liberty Insurance, Fiore & Racob & Powers
3) Orange County:IPD,David Yamasaki, Micheal Murray, OCDA, Todd Spitzer, Kathryn Wagner, OCPD: Catherine Gardner, OCjail
4)City of Irvine: Micheal Kent,
5)City of Westminster, WPD**

**Injunction**

OC Court/jails Staff: Andre Mansourian, IPD, WPD: Michael Kent; OCDA: Todd Spitzer, Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos,Fiore Racob and Powers Law: Andrew Scoble Peter Steen, Dolores Mendez, William Bedworth William Zidbeck, , Kathryn Wagner, Catherine Gardner, Jean Rosas, Agustin Carbajal, Alicia Gingusberg, Dien Thanh Nguyen

Defendants Et al does 1-50

**CIVIL COMPLAINT**

**-From Contributing 5% Personal Injuries from Wrongful Property Seizures/Transfer Warrant leading to PI from Wrongful Imprisonment 7/12/2024
From Continuing Discrimination on Disabilities and Race 42USC 1983- 18 usc 242
Breach of Fiduciary.**

**COMPLAINT INJUNCTION of the related individuals: Undertaking Execution-Any Penalties-Sentences or Fraudulent Mental Detention apply to plaintiff will apply x3 those defendants**

Incidents from: 7/12/24 to 11/13/24

**Writ of Mandamus-Quo Warranto**

*a) From Unlawful Property seizures, from Illegal Property/person Seizures*
*b) From Unlawful Person Seizures, Failure Intervene Wrongful Imprisonment.*
*2)CRIMINAL CIVIL RIGHT VIOLATION 18 USC 242*
***COMPLAINT INJUNCTION CIVIL RIGHT VIOLATION***
*HOUSING & PROPERTY & WRONGFUL PROSECUTION, DISABILITIES DISCRIMINATION 42usc1983 DEFAMATTION, SLANDER & LIBEL PROSECUTION, ROBBERY, THEF BY USING HAZADOUS WEAPONS(ASBESTOS)- CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INSURANCE COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES.*
*- Forging Jurisdiction*
*- Theft, Fraud on the Court*
*- WRONGFUL SEIZURES OF PROPERTY-ASSETS-COMPENSATION (Gov. Code, § 821.6)*
*-CONSPIRACY 18 U.S.C. 371. From 18 U.S. Code § 242 - Deprivation of rights under color of law DUE PROCESS PROSECUTION CONSTITUTIONAL VIOLATION LEADING TO THEFT & ROBBERY & KIDNAPPING.*
*-FRAUDULENT PROSECUTION WRONGFUL WARRANT LEADING TO WRONGFUL IMPRISONMENT 7/12/24 FALSIFIED LITIGATION 18 U.S. Code § 1623 FALSIFIED STATEMENT OF THE POLICE REPORTS SC 1001- BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFIED PROSECUTION)*

## I.COMPLAINT INJUNCTION

DEFENDANTS' BELOW CRIMINAL CHARGES LEADING TO COMPLAINT [proposed]PERMANENT INJUNCTION WITH DEFFENDANTS 1000 FT stay away from plaintiff (those charges had confirmed in Brady List of CA State Counsels but because Violated Federal Laws Respectfully Require to Address in this court)

COUNT 1,2,3,4,5,6. Request the entire OC court releases all cases and permanent injunction from plaintiff all and any matters, discontinue any claims related to plaintiff, only a few judges will preside plaintiff's cases.

**CRIMINAL BREACH OF FIDUCIARY 18 USC 645**

*when a fiduciary fail to act in accordance with the entrusted duties, whether through negligence or dishonesty, they breach their fiduciary duty which can result in legal penalties*.

18 USC 242 violation of HOUSING & PROPERTY & WRONGFUL **IMPRISIONMENT ON 7/12/2024 FROM FALSIFIED LITIGATION 18 U.S. Code § 1623 and WRIT OF QUO WARRANTO**

Jails/OC Public Defender/OCDA-IPD, Andre Mansourian, IPD, WPD: Michael Kent; OCDA: Todd Spitzer, Paul Walters, Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos, Fiore Racob and Powers Law, Andrew Scoble,Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck's law clerks, Nico Dourbetas, Huy Nguyen's law clerks, Catherine Gardner, Jean Rosas, Amy Ronald, Angelina M Bernal, Joe Maltese, Agustin Carbajal, Alicia Gingusberg, OC court's Bailiff

**DEFAMATTION, SLANDER & LIBEL, THEF, ROBERRY OR AID OF THEFT ROBERRY, CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INJURIES COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES. Embezzlement against Estate: 18 USC§ 153 CONSPIRACY 18 U.S.C. 371. TAMPER, BACK DATED AND ALTER EVIDENCE VIOLATION CODE 18 U.S.C. § 1519 From 18 U.S. Code § 242 - Deprivation of rights under color of Law-Discrimination in fair housing and prosecution, FALSIFIED STATEMENT OF THE POLICE REPORTS &Criminal complaint 24cf1269 18 USC § 1623 CRIMINAL BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFICATION & DISCRIMATION IN PROSECUTION 42 USC 1983**

Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard

**9 counts of FALSIFIED LITIGATION 18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL, THEF. CONSPIRACY TO CAUSE HOMELESSNESS AND CONSPIRACY DEPRIVATION PROPERTY'S OWNERSHIP FROM FABRICATED MENTAL ILLNESS AND CRIMES. Embezzlement against Estate: 18 U.S.C. § 153, CONSPIRACY 18 U.S.C. 371.**

Westminster Police Department: Collin, Rosas (7/12/2024), OC jails, Andre Mansourian, Micheal Murray, Agusto Carbajal, Michael Kent: 9 counts of CONSPIRACY 18 U.S.C. 371 and Wrongful arrest, wrongful imprisonment; OCDA: Todd Spitzer, PAUL WALTERS Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos

**9 counts of CRIMINAL BREACH OF FIDUCIARY, 18 USC 645, 18 USC 242 HOUSING & PROPERTY & WRONGFUL IMPRISONMENT, MISUSE AND ABUSE THE POWER &AUTHORITY IN MORAL TURPITUDE MANNER. OC COURT'S FALSIFIED LITIGATION 18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL DISCRIMINATION IN PROSECUTION, FROM ROBBERY, THEF.CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY/OBSTRUCT INJURIES COMPENSATION-PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES. CONSPIRACY 18 USC 371.**

Fiore Racob and Powers Law,Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck, Catherine Gardner, Jean Rosas, Agustin Carbajal, Alicia Gingusberg

**Financial Exploitation or Aid of Financial Exploitation of Vulnerable Disabled Adults, each individual has at least 5 counts of CRIMINAL BREACH OF FIDUCIARY, 18 USC 645, 18 USC 242 HOUSING & PROPERTY & WRONGFUL PROSECUTION OC COURT'S FALSIFIED LITIGATION 18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL PROSECUTION, ROBBERY, THEF. CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INSURANCE COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES. Embezzlement: 18 U.S.C. § 153. CONSPIRACY 18 U.S.C. 371. From 18 U.S. Code § 242 - Deprivation of rights under color of Law-Discrimination in fair housing and prosecution FALSIFIED STATEMENT OF THE POLICE REPORTS SC 1001 BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFIED PROCEDURES.**

***

**DISMISS WITH PREJUDICE ALL THE CHARGES OF THE CASE 24CF1269 Unproven Evidence of**

7 Count 115(a) on June 13,2023 of Record False and Forged Instrument, procure and offer to be filed, registered and recorded of Abstract of Judgment/Order #476; Grant Deed's July 21,2023; Uncertified Abstract of Judgment Jan 18,24; Unsigned Rescission Deed Feb 15,2024; Rescission Deed May 2,2024; May 05,2024's 664(a) 487 (a); May 07,2024's §594(a);(b) (2)(A); §166(a)(4) May,05,2024-April 25,2024-April 25,2024 other ALL allegations/other ALL enhancements.

**Prior Undertaking Execution:**

If defendants will or want to detain plaintiff in any facilities: the OC judges, DA and law enforcement/involved parties must proceed the prior civil and criminal undertaking agreement first as some defendants still owe the jail their 30 days, then sign to waive the immunity for the financial payment guarantee if plaintiff finds any omission, or any

injuries or memory lost (plaintiff currently have 100% perfect cognition memories) during that detention, except aging, IN under what condition must guarantee OUT under the same condition.

**, and case 30-2021-01235743**
**RETURN PLAINTIFF'S PROPERTY/ASSETS/BELONGINGS**
**AND RELEASE HER AS IS COMPENSATORY JUDGMENTS**

If case 24cf1269, 30-2021-01235743 is not dismissed /destroyed per undertaking agreements factual innocence §851.8 or escalate into fabricated mental illnesses/crimes beyond moral turpitude practice, if plaintiff can prove defendant violate these civil rights, Plaintiff respectfully pray the court to grant:

**WRIT OF MANDAMUS FOR PLAINTIFF's WITNESS PROTECTION PROGRAMS TO HAVE MARSHALL & FBI RETRIEVE PLAINTIFF AUTOMATICALLY FROM THEIR DETENTION FACILITY AND**

If case 24cf1269, 30-2021-01235743 is not dismissed, if plaintiff can prove defendant violate the civil rights, Plaintiff prays the court to order SD District Attorney, LADA, SBDA, US Attorney Office, LA/SB/SD/OC Sheriff, Police Departments to prosecute defendants the above charges accordingly.

Although the prosecutors and police officers are placed under Brady Lists but continue misleading the litigants such as they had put plaintiff in jail without the notice of the hearing nor knowing the reasons, Misleading the hearing schedules to cause fake scene for another wrongful arrest/imprisonment/again faking mental illness multiple times while plaintiff had checked up with the doctor to ensure self-testimonies are credible.

When knowing their identifications mistakes leading charges of somethings without evidence nor proof by mixing other's actions under plaintiff's name and date of birth, and later non-stopped non sense actions of mental theory while plaintiff had checked the mental competence before raising the matters in court, misleading multiple times the court's hearings as intentional imprisonment without court's process of hearing, and threatening to put in the mental facilities without mental issues from the faking mental illnesses when the falsified non-proven criminal accusation.

**Immunity:** No Immunity from violation 42 USC 1983/18 usc 242/Constitution violation, and their admission the violations of code §917.8 from their unlawful occupy the office, to firstly seek for an injunction, if continue, plaintiff respectfully seek for damages, if continue, plaintiff respectfully pray this court if plaintiff can prove their civil rights violations, any sentences of their continuing case 24cf1269 will x 3 (per §51, §52) sentences to defendants. Risk Management of right to sue: had filed since 2/2023

**Statute of Limitations:** occurs since 7/12/2024 to 11/13/2024

Notice of other related cases: besides some Defendants had violated Federal Discrimination §42 USC 1983 of Plaintiff's disabilities, they also violated state laws from the actions of retaliations pen code §1629, whistleblowers, defamation, causing duress

| Damages: $3750/hr if case 24cf1269 still in the record Damages 10,000/day from detention outside home | Fault % | Breach of the Peace §1569 Harassment the Home Owners from Hazardous Mishandling Misconduct | Fraud Forgery Jurisdictions | Financial Exploitation of Vulnerable Disabled Adults Pen code C31, Pen code C32 | Falsified Police Reports, Falsified Litigations to cover for Sexual Harassment misconduct and Wrongful Arrest/ Wrongful Imprisonment. | Violence Kidnapping Wrongful Warrant. Abuse Power Malicious Prosecution | Theft Robbery, Embezzlement, theft from cyber | Sexual abuse | DEFAMATION Slander Libel | Unlawful property withholding/ seized section 821.6) outside home detention |
|---|---|---|---|---|---|---|---|---|---|---|
| Peter Steen | 0.1 | | | X | | | x | | | X (3/15/23) |
| Kathryn Wagner | 2% | | x | X | x | x | | | x | X (5/15/24) |
| Todd Spitzer | 2% | | X | x | | | | | | X (5/15/24) |
| Andrew Scoble | 2% | x | x | x | x | | x | | x | X (4/28/23) |
| Catherine Gardner | 1% | | x | x | x | | | | x | X (9/17/24) |
| Morales Sergio | 2% | | x | x | x | x | | x | | X (5/15/24) |
| Alicia Gingusberg | 0.5 | | x | x | x | | | | | X (4/21/23) |
| Morales Sergio | 1% | | x | x | x | x | | | | X (5/15/24) |
| Hsu Frederick | 0.5 | | x | x | x | x | | | | X (5/15/24) |
| Hank Gallegos | 0.5 | | x | x | x | x | | | | X (5/15/24) |
| John Sanders | 0.5 | | x | x | x | | | | | X (5/15/24) |
| Johnny Wilson | 1% | x | x | x | | | | | | X (5/15/24) |
| Dolores Mendez | 0.3 | x | | | | | | | | X (5/15/24) |
| Tiffany Lawver | 0.3 | | x | x | | | | | | X (5/15/23) |
| Parto Kavoosian | 1% | | x | x | | | | | x | X (8/15/23) |
| Micheal Murray | 1% | | x | x | x | x | x | | x | X (5/15/24) |
| Agustin Carbajal | 0.7 | | x | x | x | | | | | X (5/15/24) |
| Behnam Firoozfard | | | x | x | | | | | | X (5/15/24) |
| William Bedworth | 0.1 | x | | x | x | | | | | X (7/23/24) |
| William Zidbeck | 0.1 | | | x | x | | | | | X (7/23/24) |
| Fiore Racob & Powers | 2% | x | x | x | | | | | | X (2/5/23) |
| City of Irvine | 20% | x | x | x | x | x | | | | X 2/28/23 |
| City of Westminster | 5% | | | | x | x | | | | X 7/12/24 |
| American Contractor Indemnity Com | 5% | | | | | | | | | X 12/07/23 |
| Liberty Insurance ORANGETREE | 30% | | | | | | | | | 4/28/2023 |
| US Bank | 5% | | x | | | | | | | X 4/28/23 |
| First Integrity Insurance com | 30% | | x | x | | | | | | X 4/28/23 |
| Chase bank | 5% | | | | | | | | | X 5/15/23 |
| Ron Fornelli | 1% | x | x | x | | | | | | X 3/2023 |
| Sam Floyd | 0.3% | x | x | | | | | | | X 3/2023 |

**Merit:** Wrongful imprisonment 7/12/24 leading to 5% personal injuries and extended damages, and from continue falsifying mental and crimes litigations.

**Jurisdiction and Venues, The Parties**

1. Plaintiff Hanh Thi My Do(hereinafter sometimes referred to as "Plaintiff" is and was at all times relevant hereto, a resident and citizen of the United State.

Defendants as US bank, First Integrity Title Insurance Company, Orange tree condominium owners Association, American Contractor Indemnity Company (Tokio Marine HCC), Liberty Mutual Insurance, Chase, GCU, Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard Orange County, City of Irvine: , Ron Fornelli Westminster Police Department OC Court/jails: Don Wagner, David Yamasaki, Andre Mansourian, IPD, WPD: Michael Kent; OCDA-OC public Defender, Todd Spitzer, Paul Walters Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos, Fiore Racob and Powers Law, Andrew Scoble, Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck, Nico Dourbetas, Huy Nguyen, Catherine Gardner, Jean Rosas, Joe Maltese, Agustin Carbajal, Alicia Gingusberg. include It is the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does I through 20, including without limitation, any employer, franchisor, or owner d/b/a thereof, not currently known and therefore not yet named herein, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants designated as Doe Defendants or Roe Corporations is responsible in some manner for the events and occurrences referred to in this Complaint, and/or owes finance responsibilities to Plaintiff and/or may be affiliated with Congregation. Plaintiff will ask leave of the Court to amend this Complaint and insert the true names and capacities of Doe Defendants I through 50 and Roe Corporations 1 through 50 when the same have been ascertained and to join said Defendants in this action. Defendants by such fictitious names and will ask leave of court to amend this Complaint to show their true names or capacities when the same has been ascertained.

**II. RISK MANAGEMENT § 900-915.4:** submitted on 2/2023

**III. Statute of Limitation & Jurisdiction:** 2 years from the accident and risk management submission, 5% injuries from wrongful imprisonment/Criminal Breach of Fiduciary.

when the appeal cases are opening 22-55860, 22-55762 and g062672 30-2021-01313225 8:23-cv-00553 to confirm all the resources for the clarification required the response if not the judgments of stipulation will mandate,

A provision of the Government Claims Act immunizes public employees from liability for "instituting or prosecuting any judicial or administrative proceeding" within the scope of their employment, "even if" the employees act "maliciously and without probable cause." (Gov. Code, § 821.6 (section 821.6).) This provision immunizes public employees from claims of injury caused by wrongful prosecution. The question before us is whether, as several Courts of Appeal have held, it also confers immunity

from claims based on other injuries inflicted in the course of law enforcement investigations. The answer is no. While other provisions of the Government Claims Act may confer immunity for certain investigatory actions, section 821.6 does not broadly immunize police officers or other public employees for any and all harmful actions they may take in the course of investigating crime.

(Ibid., citing, e.g., Molitor v. Kaneland Community Unit District No. 302 (1959) 18 Ill.2d 11, 14–25 [163 N.E.2d 89, 90–96]; Colorado Racing Com'n v. Brush Racing Ass'n (1957) 136 Colo. 279, 284–285 [316 P.2d 582, 585–586]; Hargrove v. Town of Cocoa Beach (Fla. 1957) 96 So.2d 130, 132–13.

**CRIMINAL INJUNCTION MERIT**

While the court cases 30-2021-01193123; 8:23-cv 00553; 22-55762;22-55860 had heard the all the matter until 7/12/24 that plaintiff don't owe any parties any money nor selling contract to transfer the property, by the discrimination of plaintiff's disabilities violation 42 usc 1983, defendants had put plaintiff in jail from 7/12/24 to 7/23/24 without giving any hearing notices nor reasons, later defendants support their discrimination by an irrelevant – non proven- mistaken complaint and forgery procedure with some mental theory that non-claimants are the health care providers, which predicting their wrong doing, plaintiff had the doctor checked up to confirm 100% intact cognition before giving any testimony in court.

**Damages:** the courts had confirmed plaintiff has substantial injuries with some pending treatments, the physical impacts will cause additional personal injuries damages and long term insecure habitation.

**DEFENDANTS' FALSE DECLATATION**

**POLICE OFFICERS MISCONDUCT AND RETALIATION**

Defendants and Police misconduct occurs and cover up the illegal property detention and sexual harassment/ wrongful detention conspiracy to rob and steal plaintiff's assets and property. When a law enforcement officer engages in illegal or inappropriate actions while performing their duties, which violates a person's constitutional rights.

**Irvine police had used the unnecessary excessive force:** Using more force than is reasonable or necessary during an arrest

**Irvine police department announce Racial profiling as the main motives:** Using race as a reason to detain someone, which violates their rights under the Fourth and Fourteenth Amendments

**Falsifying evidence:** Planting, mishandling, or tampering with evidence are proven in the court case 24cf1269/30-2021-01235743/30-2023-01337690(even the court had addressed another parties but proving their misconducts)

**Perjury:** Lying in court had proven by their names had posted on the brady lists, but did not stop their illegal actions requiring the escalation of penalties.
**Sexual assault:** Committing sexual assault or harassment during the officer Morales Sergio sexual harassment around 5:30 pm at at the front yard of the property 324 Tangelo 325 Irvine Ca 92618 on 4/21/2023.
**Abuse of power:** Intimidating witnesses or coercing false confessions as threatening to harass and causing harm to plaintiff's lawyer license during their wrongful litigations.
**Unlawful arrest:** Making a false detention without signs of violence nor harms nor weapons, just because plaintiff is favored by a large compensatory judgments are mandate, are prone to be harassed physically and financially/robbery and theft.
**Unconstitutional searches:** Using unconstitutional methods during searches to search on plaintiff's private area while there are female officers are coming and no probable causes to search or handcuffed, that is causing the extended injured body damages while waiting for the funds for the treatments.

**PROSECUTOR CRIMINAL BRADY CONSPIRACY**

*Penal Code Section 141(c): A prosecuting attorney who intentionally and in bad faith alters, modifies, or withholds any physical matter, digital image, video recording, or relevant exculpatory material or information, knowing that it is relevant and material to the outcome of the case, with the specific intent that the physical matter, digital image, video recording, or relevant exculpatory material or information will be concealed or destroyed, or fraudulently represented as the original evidence upon a trial, proceeding, or inquiry, is guilty of a felony punishable by imprisonment pursuant to subdivision (h) of Section 1170 for 16 months, or two or three years.*

Although defendants OCDA are working out of scope during working hours, but Failing to admit evidence that exonerates the Defendants when participate the court's litigations. Defendant had Practiced like entrapment or pressuring a person to commit a crime. Inducing a plea bargain through threat or unfounded assurances. Intentionally presenting false evidence or witness testimony that's factually untrue: discovery violations; improper contact with witnesses, Defendants, judges or jurors; improper behavior during hearings or trials; prosecuting cases not supported by probable cause; harassing or threatening Defendants, Defendants' lawyers or witnesses; using improper, false or misleading evidence; displaying a lack of diligence or thoroughness in prosecution; and making improper public statements about a pending criminal matter.

**WRONGFUL imprisonment 7/12/2024 of case 24cf1269**

**California false imprisonment (false arrest) claims**

People have the right under California law to be protected from bodily restraint. Defendants had:

- an intentional confinement without probable causes.

- without the plaintiff's consent;
- and without lawful privilege and no signs of danger nor weapons
- for an appreciable length of time, however short.

A false arrest is one way of committing false imprisonment. To prove false detention, a person must prove three elements:

- the police officer detained plaintiff;
- plaintiff was actually harmed; and
- the officer's conduct was a substantial factor in causing the plaintiff's harm. CACI 1401.

Once plaintiff makes this showing, the burden shifts to the officer to prove that probable cause existed for the arrest. To avoid liability, the officer must prove that, more likely than not, a reasonable officer would have had probable cause to detain the person. If the facts giving rise to the arrest are undisputed, then the issue of whether probable cause existed is an issue of law for the trial judge" *Levin v. United Airlines, Inc.*, 158 Cal. App. 4th 1002, 1018–19 (2008).

Cal. Penal Code § 847(b). "The existence of probable cause is necessary but not by itself sufficient to establish an arrest's lawfulness." *George v. City of Long Beach*, 973 F.2d 706, 710 (9th Cir. 1992).

.

Defendants Breach of fiduciary duty can become a crime when it involves misconduct such as embezzlement, forgery, or financial abuse against vulnerable individuals.

Defendants suppose a trustee embezzles funds from a trust for personal use or engages in fraudulent activities to manipulate trust assets for personal gain. In that case, criminal charges such as theft or embezzlement may come into play. In such scenarios, a prison sentence could be an outcome based on the value of assets misappropriated. Emphasizing the necessity of adhering to ethical standards and fulfilling their obligations diligently. This court had precisely solved the issues per Mandate order of the 9 CCA about this subject property 324 Tangelo Irvine Ca 92618

Title 42 U.S.C. Section 1983 provides as follows: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress. For the purposes of this section, any act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia." 6 Wyatt v. Cole, 504 U.S. 158, 161 (1992).

Law enforcement officers are entitled to qualified immunity where their actions do not "violate clearly established statutory or constitutional rights of which a reasonable person would have known."

A breach of fiduciary duty becomes a crime when the act is beyond mere negligence and involves deceit, collusion, or concealment. This is where a trusted party deliberately violates her responsibilities, misuses entrusted assets, or unfairly favors his interests over the entrusted party. Every decision a fiduciary makes impacts the represented party. A deceitful move can result in severe penalties.

**RESERVATION FOR JURY TRIAL**

Plaintiff respectfully reserve in this court Jury trial around 5 days or more with Plaintiff's full appreciation

**II.CIVIL COMPLAINT: PERSONAL INJURIES**

**CIVIL COMPLAINT and [PROPOSED] JUDGMENT**

US bank, First Integrity Title Insurance Company, American Contractor Indemnity Company (Tokio Marine HCC), Liberty Mutual Insurance, Chase, Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard Orange County, City of Irvine, Westminster Police Department

**Duration:** 4/28/2023 to present

**Statement of Damages:** 5% total of the extended Personal Injuries, $2,500/hr pain and suffering (4/28/2023 to present) from been pushing out of home of the cold from theft and robbery/illegal transfer of the property and rob/theft all Value Belongings, Appliances, Equity, Documents, Business Maps, Business plans, Court documents and Evidence, Books and Diploma to support to school and adapting disabled condition from withholding the real property/funds/person by withholding the undertaking agreements' fund.

Respectfully and faithfully
12/15/24

Hanh Thi My Do